Gregory K. Nelson (SBN 203029)
nelson@weeksnelson.com
Gregory N. Suhr (SBN 328967)
Gsuhr@weeksnelson.com
WEEKS NELSON
16236 San Dieguito Rd, Suite 5-23
P.O. Box 675963
Rancho Santa Fe, CA 92067
Telephone: (858) 794-2140

John M. Mejia, Esq. (*appearing Pro Hac Vice*)
John.Mejia@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 323-5000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. C., individually and on behalf of J.C., and J.C., <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, AN INDEPENDENT LICENSEE OF THE BLUE CROSS BLUE SHIELD ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EXPERIAN INFORMATION SOLUTIONS, INC. HEALTH AND WELFARE PPO PLAN <br><br> Defendants. | **CASE NO.** 4:25-cv-10077-HSG <br><br> **REVISED ORDER GRANTING MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE (as modified)** |

The Court, having considered Plaintiffs N.C. and J.C.'s Motion To Continue The Initial Case Management Conference and for good cause shown, IT IS HEREBY ORDERED AS

FOLLOWS:

1.  The Case Management Conference currently scheduled for March 31, 2026 is hereby continued to April 14, 2026 at 2:00 PM (PDT) and the Case Management Statement be continued accordingly. The zoom information and instructions remain the same as previously provided in docket no. 31.

**IT IS SO ORDERED.**

Dated:  3/26/2026

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

REVISED ORDER GRANTING MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE