Gregory K. Nelson (SBN 203029)
nelson@weeksnelson.com
Gregory N. Suhr (SBN 328967)
Gsuhr@weeksnelson.com
WEEKS NELSON
16236 San Dieguito Rd, Suite 5-23
P.O. Box 675963
Rancho Santa Fe, CA 92067
Telephone: (858) 794-2140

John M. Mejia, Esq. (*appearing Pro Hac Vice*)
John.Mejia@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 323-5000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. C., individually and on behalf of J.C., and J.C., <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, AN INDEPENDENT LICENSEE OF THE BLUE CROSS BLUE SHIELD ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EXPERIAN INFORMATION SOLUTIONS, INC. HEALTH AND WELFARE PPO PLAN <br><br> Defendants. | **CASE NO.** 4:25-cv-10077-HSG <br><br> **ORDER GRANTING MOTION TO AMEND THE COMPLAINT** <br> **(as modified)** |

The Court, having considered Plaintiffs N.C. and J.C.'s Motion To Amend the Complaint and for good cause shown, IT IS  HEREBY ORDERED AS FOLLOWS: Plaintiffs shall be allowed to amend their complaint.  Counsel is directed to e-file the amended complaint by Friday, April 17, 2026.

**IT IS SO ORDERED.**

Dated:  4/15/2026

_The Honorable Haywood S. Gilliam, Jr._
United States District Court Judge