UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

N.C., et al.,

        Plaintiffs,

    v.

BLUE CROSS OF CALIFORNIA, et al.,

        Defendants.

Case No.  25-cv-10077-HSG

**SCHEDULING ORDER**

A case management conference was held on April 14, 2026.  Having considered the parties' proposals, *see* Dkt. No. 42, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | September 14, 2026 |
| Deadline for Filing Opening Rule 52 Briefs | January 13, 2027 (Plaintiffs) February 11, 2027 (Anthem) |
| Deadline for Filing Responsive Rule 52 Briefs | March 11, 2027 (Plaintiffs) March 25, 2027 (Anthem) |
| Hearing on Rule 52 Cross-Motions | April 8, 2027, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  5/4/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge